UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Tunyia Nelson,

                COURT FILE NO: 13-cv-1389-PJS-JJK

        Plaintiff,

                **STIPULATION EXTENDING TIME**

v.                        **FOR DEFENDANT STELLAR**

                **RECOVERY, INC. TO RESPOND**

Stellar Recovery, Inc.,      **TO PLAINTIFF'S COMPLAINT**

        Defendant.

_____

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff, Tunyia Nelson, and Defendant Stellar Recovery, Inc. ("Stellar") through their respective undersigned counsel, that Stellar is granted an extension through July 15, 2013, with which to answer and/or otherwise respond to the Complaint filed in this matter.

                                          ATTORNEYS FOR PLAINTIFFS

Dated: July 2, 2013                By:   **s/Peter F. Barry**
                                                Peter F. Barry, Esq. (#266577)
                                                BARRY, SLADE, WHEATON & HELWIG, LLC
                                                2701 University Ave. SE
                                                Suite 209
                                                Minneapolis, MN 55414-3236
                                                Telephone: (612) 379-8800
                                                Facsimile: (612) 379-8810
                                                Email: pbarry@lawpoint.com

2363358v1

ATTORNEYS FOR DEFENDANT

Dated: July 2, 2013                 By:     **s/James R. Bedell**
                                            Michael S. Poncin, (#296417)
                                            James R. Bedell, (#351544)
                                            MOSS & BARNETT, P.A.
                                            4800 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN 55402-4129
                                            Telephone: (612) 877-5000
                                            Facsimile: (612) 877-5999
                                            PoncinM@moss-barnett.com
                                            BedellJ@moss-barnett.com